

May 25, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Juan Reyes*, **22 Cr. 147 (VSB)**

Dear Judge Broderick:

    I represent Juan Reyes in the above-captioned case. The parties are currently scheduled to appear for an in-person status conference at 2:00 p.m. on June 2, 2022.

    I write to request an adjournment of the upcoming status conference by approximately six weeks and the exclusion of time from speedy trial calculations. The reason for this request is that the government recently made a significant production of discovery, and I require additional time to review and discuss it with my client before informing the Court as to how the defense intends to proceed in this case.

    The government, through AUSA Courtney Heavey, informed me it joins in this request. Accordingly, the parties respectfully request that the Court adjourn the upcoming status conference to the afternoon of July 14, 2022 at a time convenient for the Court, or, in the alternative, to July 13 between 10:30 a.m. – 3:00 p.m. or July 15 between 10:30 a.m. – 3:00 p.m.

    Thank you for the Court's consideration of this request.

                                                                  Respectfully submitted,

                                                                  /s

                                                         Aaron Mysliwiec
                                                         *Attorney for Juan Reyes*

cc:    AUSA Courtney Heavey
        *via ECF*

---

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**   05/26/22

The status conference scheduled for June 2, 2022 is hereby adjourned to July 14, 2022 at 10:30 a.m.  The adjournment is necessary to permit the Defense to review the recent production of discovery in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between June 2, 2022 and July 14, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.