

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2022

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**   *United States v. Juan Reyes,* **22 Cr. 147 (VSB)**

Dear Judge Broderick:

      The Government writes with consent of defense counsel to request an adjournment of the upcoming status conference, which is currently scheduled for October 6, 2022, to a time approximately 30 days from now. The Government has produced discovery to the defense, which the defense has been reviewing. The parties have had preliminary discussions regarding a pre-trial resolution, however the Government anticipates that there may be developments in the next 30 days that could impact the need for a motion schedule in this matter. Accordingly, the parties request a 30-day adjournment, after which, the parties expect to have more clarity about the future direction of this case.

      The Government further requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Specifically, the time will allow defense counsel a further opportunity to discuss the case with the defendant, consider what, if any, pre-trial motions may be appropriate, and to have further discussions with the Government about the case.

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.   10/05/2022

The status conference scheduled for October 6, 2022 is hereby adjourned to December 9, 2022 at 11:00 a.m.  The adjournment is necessary to allow defense counsel a further opportunity to discuss the case with the defendant, consider what, if any, pretrial motions may be appropriate, and to have further discussions with the Government about the case.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between October 6, 2022 and December 9, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s_____
     Christopher D. Brumwell
     Assistant United States Attorney
     212-637-2477