

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Juan Reyes,* **22 Cr. 147 (VSB)**

Dear Judge Broderick:

    The Government writes with consent of defense counsel to request an adjournment of the upcoming status conference, which is currently scheduled for February 3, 2023, to a time approximately 75 days from now. The Government has produced discovery to the defense, which the defense has been reviewing, and the parties have continued discussions regarding a pre-trial resolution. Accordingly, the parties request a 75-day adjournment, after which, the parties expect to have more clarity about the future direction of this case and could request an appropriate motion schedule at that time, if needed.

    The Government further requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Specifically, the time will allow defense counsel a further opportunity to discuss the case with the defendant, consider what, if any, pre-trial motions may be appropriate, and to have further discussions with the Government about the case.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  02/02/2023

                                    By:      /s                  
                                      Christopher D. Brumwell
                                      Assistant United States Attorney
                                      212-637-2477

The status conference scheduled for February 3, 2023 is hereby adjourned to April 14, 2023 at 11:00 a.m.  The adjournment is necessary to allow the defense sufficient time to review recently received discovery and for the parties to continue discussions regarding a pre-trial resolution.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between February 3, 2023 and April 14, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.